

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00025-CV

Roderick **SANCHEZ**, In His Official Capacity as Director, Development Services Department, City of San Antonio, and Development Services Department, City of San Antonio, Appellants

v.

**BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO** and Map Industries, LLC d/b/a U-Pull-It, Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02439
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

Appellee Board of Adjustment of the City of San Antonio's brief was due September 10, 2018. On the due date, appellee Board of Adjustment of the City of San Antonio filed a motion asking for an additional thirty days to file its brief. The motion is unopposed. After review, we **GRANT** appellee Board of Adjustment of the City of San Antonio's motion and **ORDER** appellee Board of Adjustment of the City of San Antonio to file its brief in this court **on or before October 10, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court